IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KATE LOUISE POWELL,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-11126

Judge Thomas M. Durkin

Magistrate Judge M. David Weisman

### CONSENT FINAL JUDGMENT AND PERMANENT INJUNCTION AS TO DEFENDANT ZHONG LIJUAN

**THIS CAUSE** came before the Court upon Plaintiff, KATE LOUISE POWELL's ("Powell") Motion for Consent Final Judgment and Permanent Injunction (the "Motion"). The Court has carefully considered the Motion, the record in this case, and the applicable law, and is otherwise fully advised.

Plaintiff and Zhong Lijuan, who is the individual that operates the following the e-commerce stores identified below, collectively referred to as the "Lijuan Internet Stores" or "Defendant") (Plaintiff and Defendant are collectively referred to herein as the "Parties") as follows:

| No. Defendant | Seller Name | Account ID (USD) |
|---|---|---|
| 59 | Viikei | 101243469 |
| 60 | GERsome | 101256566 |
| 61 | Scyoekwg | 101194968 |
| 62 | SZDYR Co.Ltd | 101285450 |
| 63 | Levmjia | 101259960 |

| 64 | Floleo | 101191074 |
|---|---|---|
| 65 | HAPIMO | 101252435 |
| 66 | WHLBF | 101245537 |
| 67 | Homenesgenics | 101353273 |
| 68 | Idoravan | 101255184 |
| 69 | Moocorvic | 101291167 |
| 70 | Menrkoo Decoration Shop | 101184590 |
| 71 | YODETEY | 101422538 |
| 72 | LWZWM Summer Fashion | 101180299 |
| 73 | Auroural | 101248282 |
| 74 | Honeeladyy | 101177959 |
| 75 | iMESTOU | 101191879 |
| 76 | JIOAKFA Clothing Shop | 101180641 |
| 77 | CZHJS | 101211405 |
| 78 | Good Life | 101221991 |
| 79 | Turilly | 101194668 |
| 85 | Mouliraty | 101269141 |
| 88 | DagobertNiko | 101229663 |
| 92 | SDJMa Fashion | 101254882 |
| 94 | Vikakiooze | 101179403 |
| 102 | WQQZJJ | 101267853 |
| 103 | Herrnalise | 101177826 |
| 105 | JeashCHAT | 101218578 |
| 106 | Yomiee HOME&OUTDOORS | 101188102 |
| 116 | RT5YKing Wardrobe Co.Ltd | 101291089 |
| 117 | Tawop | 101239930 |
| 118 | Felirenzacia | 101176672 |
| 119 | Fnochy Co.Ltd | 101227201 |
| 120 | Xysaqa | 101298537 |
| 122 | CaComMARK PI | 101403210 |
| 123 | Bdfzl Women's Clothing Shops | 101223832 |
| 124 | Amtdh | 101206585 |
| 125 | Leesechin | 101285546 |

| 126 | Fanxing | 101211249 |
|---|---|---|
| 127 | hoksml | 101195794 |
| 128 | REORIAFEE Fashion Clothing | 101204403 |
| 129 | Airpow | 101185961 |
| 130 | Tejiojio | 101217931 |
| 131 | GiliGiliso | 101268030 |
| 132 | WQJNWEQ | 101296802 |
| 133 | LAWOR Co.Ltd | 101127586 |
| 136 | AOOCHASLIY | 101181753 |
| 137 | Inleife | 101269900 |
| 138 | Oalirro | 101182071 |
| 139 | Utoimkio | 101256572 |
| 141 | WXLWZYWL | 101204109 |
| 142 | C-N-M-D | 101265725 |
| 145 | IWRUHZY Co. ltd | 101223801 |
| 148 | Scnor Home | 101359000 |
| 150 | GaThRRgYP | 101287184 |
| 151 | BELLZELY | 101271754 |
| 152 | TIHLMK | 101127947 |
| 153 | Zermoge | 101269954 |
| 154 | FH Store | 101133048 |
| 155 | JZM Co. ltd | 101268556 |
| 156 | CYMMPU | 101176399 |
| 157 | Hinvhai | 101232945 |
| 158 | SSAAVKUY | 101266621 |
| 159 | UPPADA | 101173055 |
| 160 | KIHOUT | 101274253 |
| 163 | HWRETIE | 101184981 |
| 164 | YFPWM Fashion | 101192799 |
| 165 | tklpehg | 101202551 |
| 166 | ZVAVZ | 101234915 |
| 167 | KMSXM Trading Co. Ltd | 101249900 |
| 168 | simplmasygenix | 101277092 |

| 169 | Penkiiy | 101179677 |
| 170 | KIJBLAE | 101274407 |
| 171 | Odeerbi | 101186140 |

The Parties stipulate and consent to the following:

WHEREAS, Defendant adopted and began using copyrights in the United States that infringe the distinctive quality of Powell's registered Kate Louise Powell Works, which are protected by Copyright Registration Nos. VA 2-326-027; VA 2-326-923; and VA 2-326-918;

WHEREAS, Powell filed this complaint against Defendant on September 20, 2023, alleging federal copyright infringement, 17 U.S.C. § 504 (Count I);

WHEREAS, based upon Powell's registration of the Kate Louise Powell Works, POWELL has superior and exclusive rights in and to the Kate Louise Powell Works in the United States;

WHEREAS, Defendant's use of images and designs which incorporate Powell's Kate Powell Works is likely to cause confusion as to source of origin;

WHEREAS, the Parties desire to settle and amicably resolve their dispute without the need for further litigation;

WHEREAS, Defendant has consented to entry of this Consent Judgment without trial or adjudication of any issue of fact or law and to waive any appeal if the Consent Judgment is entered as submitted by the Parties;

WHEREAS, Defendant, by entering into this Consent Judgment, does not admit any allegations other than those facts of the Complaint deemed necessary to the jurisdiction of this Court and the facts set forth in;

WHEREAS, the intention of Powell in effecting this settlement is to remediate harms resulting from the unlawful conduct of Defendant;

NOW THEREFORE, without trial or adjudication of issues of fact or law, without this Consent Judgment constituting evidence against Defendant except as otherwise noted, and upon consent of Defendant, the Court finds that there is good and sufficient cause to enter this Consent Judgment, and that it is therefore **ORDERED, ADJUDGED, AND DECREED** as follows:

1. Plaintiff's Motion is **GRANTED**. Judgment is entered in favor of Plaintiff Powell and against the Defendant identified in the table above.

2. Defendant, its affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the Kate Louise Powell Works or any reproductions, infringing copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Powell Product or not authorized by Powell to be sold in connection with the Kate Louise Powell Works;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Powell Product or any other product produced by Powell, that is not Powell's or not produced under the authorization, control or supervision of Powell and approved by Powell for sale under the Kate Louise Powell Works;

    c. committing any acts calculated to cause consumers to believe that Defendant's products are those sold under the authorization, control or supervision of Powell, or are sponsored by, approved by, or otherwise connected with Powell;

    d. further infringing the Kate Louise Powell Works and damaging Powell's goodwill;

  e. otherwise competing unfairly with Powell in any manner;

  f. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Powell, nor authorized by Powell to be sold or offered for sale, and which bear any of the Kate Louise Powell Works or any reproductions, infringing copies or colorable imitations thereof;

  g. using, linking to, transferring, selling, exercising control over, or otherwise owning the online marketplace account or any other online marketplace account that is being used to sell or is the means by which Defendant could continue to sell Infringing Products; and

  h. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Kate Powell Works or any reproductions, infringing copies or colorable imitations thereof that is not a genuine Powell Product or not authorized by Powell to be sold in connection with the Kate Louise Powell Works.

3. Those in privity with Defendant and with actual notice of this Order, including any online marketplaces such as, but not limited to Walmart Inc. ("Walmart"), social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, shall within three (3) business days of receipt of this Order:

  a. disable and cease providing services for any accounts through which Defendant engage in the sale of infringing goods using the Kate Louise Powell Works, including any accounts associated with the Defendant;

   b. disable and cease displaying any advertisements used by or associated with Defendant in connection with the sale of infringing goods using the Kate Louise Powell Works; and

   c. take all steps necessary to prevent links to the Defendant from displaying in search results.

4. Plaintiff shall have the right to seek sanctions for contempt, compensatory damages, injunctive relief, attorney's fees, costs, and such other relief deemed proper in the event of a violation of failure by Defendant to comply with any of the provisions hereof. The prevailing party in any such proceeding shall be entitled to recover its attorney's fees and costs.

5. Each party shall bear its own attorney's fees and costs.

6. Defendant's Statement of Consent is incorporated herein by reference.

7. This Court will retain continuing jurisdiction over this cause to enforce the terms of this Consent Final Judgment.

8. The undersigned are authorized to execute this Consent Judgment and have read, understood, and agree to all the terms and conditions contained herein.

**AGREED TO:**

Date: October 24, 2023

By: /s/ Keith A. Vogt
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W Jackson Blvd, #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com
***Attorney for Plaintiff, Kate Louise Powell***

**AGREED TO:**

Date: 10/26/2023

By: Zhong Lijuan

Zhong Lijuan
Address: No.99 Renmin South Road, Luohu Community, Nanhu Street, Luohu District, Shenzhen
Telephone: 13120451811
E-mail: pengkelaw@yeah.net

7

Dated: November 1, 2023 , 2023

*Thomas M. Durkin*
Thomas M. Durkin
United States District Court Judge