IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KATE LOUISE POWELL,

 Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

 Defendants.

Case No.: 1:23-cv-11126

Judge Thomas M. Durkin

Magistrate Judge M. David Weisman

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 93 | LINNAO Ltd |
| 30 | LEE SEN |
| 32 | Tai you |
| 143 | Strungten |
| 31 | HuenFon(Fast Delivery 7 - 15 Days) |
| 84 | denetytres |
| 86 | HSGTRH |
| 91 | soon |
| 95 | YOUlIAN Co.Ltd |
| 97 | JPS Blossoms |
| 101 | Fastest Shipping |
| 104 | Yifeng Co. Ltd |
| 107 | Ryawan |
| 109 | Vinsonshop |
| 110 | Sagestore |
| 111 | DFERTY CO.Ltd |
| 112 | FASHIONIAL SHOPPING |
| 113 | Cloudedge Fushi |
| 114 | DiManFeng Inc |
| 162 | Angyue., Ltd |
| 8 | Lsocmose |
| 17 | Zwenze22 |

| | |
|---|---|
| 149 | chaolei |
| 144 | Corashan Co., Ltd. |
| 146 | QWANG SEA |
| 147 | Yubatuo Co. Ltd |
| 5 | CTEEGC |
| 25 | LEMONONSTORE |
| 37 | Ruziyoog |
| 38 | hlysgo Fashion Store |
| 45 | Honey Peach |
| 98 | ChuanYe Co. ltd |
| 81 | AEROFARA-MINI PC |
| 90 | HeyM Co.Ltd |
| 115 | Snow M |
| 55 | heaven2017 |
| 108 | HeZeFengGangWang |
| 87 | Yang Clothing Store |
| 83 | Fuchi Vehicle |
| 134 | YYNKM |
| 58 | QIHANGCo. ltd |

DATED:  November 22, 2023　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Keith A. Vogt*
　　　　　　　　　　　　　　　　　　　　Keith A. Vogt (Bar No. 6207971)
　　　　　　　　　　　　　　　　　　　　Keith Vogt, Ltd.
　　　　　　　　　　　　　　　　　　　　33 W. Jackson Blvd., #2W
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　　　　　Telephone:312-971-6752
　　　　　　　　　　　　　　　　　　　　E-mail: keith@vogtip.com

　　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

        The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 22, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                   */s/ Keith A. Vogt*
                                                   Keith A. Vogt